**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7200**

_____

DAVID BRIGHTWELL,

Plaintiff - Appellant,

v.

D. SCOTT WHITNEY, Chief Attorney; GERALDINE K. SWEENEY, Chief Attorney; GOVERNOR MARTIN O'MALLEY; SOMERSET COUNTY ADMINISTRATOR,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District Judge. (8:11-cv-01652-DKC)

_____

Submitted: December 15, 2011      Decided: December 20, 2011

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Brightwell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Brightwell appeals the district court's order dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brightwell v. Whitney, No. 8:11-cv-01652-DKC (D. Md. Aug. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED